**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| CAROL ANN SANDUSKY | : CASE NO. 26-14260 |

**ORDER OF COURT**

Upon consideration of Debtor's Motion for Extension of Time for Filing Statements and Schedules, it is ORDERED that said Motion is GRANTED. Debtor shall file all required statements and schedules by November 9, 2026.

BY THE COURT:

Date: Oct. 30, 2026

______________________________

J.