**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| Carol Ann Sandusky | : CASE NO. 26-14260 |

**APPLICATION FOR EXTENSION OF TIME FOR FILING SCHEDULES AND STATEMENTS**

The application of Carol Ann Sandusky, debtor, by her attorney respectfully represents:

1. The petition for relief was filed on October 11, 2026.

2. Schedules and Statements are due to be filed on the 9th day of November 2026.

3. Debtor is in the process of gathering updated information to complete the required schedules and statements. Debtor is disabled and assisted by her mother, and much of debtor's financial information was in the possession of Debtor's mother.

4. Counsel required additional time to gather financial records and information from Debtor's mother.

5. It is asserted that there will be no prejudice to any party of interest if the Debtor is granted an additional fourteen (14) days within which to file all remaining documents required to be filed.

6. Debtor asks for an additional extension to file statements and schedules.

7. It is believed that this request is timely, as it is filed before the expiration of the deadline to file documents in this case.

WHEREFORE, Debtor asks this Honorable Court to grant an extension to file all schedules and statements.

Respectfully submitted,

/s/ Sean P. Mays

Attorney for Debtor